AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
JAN - 4 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SALTA GROUP, INC.**
    Appellant

vs.

**LONNIE E. MC KINNYE**
    Debtor

Case Number: **06-1194**

**DECISION BY THE COURT.** This action came before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the May 17, 2006 Opinion of the Bankruptcy Court is AFFIRMED.

ENTER this 4th day of January, 2008

PAMELA E. ROBINSON, CLERK

s/C. Lambie
BY: DEPUTY CLERK