No. 08-_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SALTA GROUP Inc., | ) |
|     Appellant, | ) No. 06-1194 |
| vs. | ) |
| LONNIE E. McKINNEY, | ) |
|     Appellee. | ) |

### NOTICE OF APPEAL

Notice is hereby given that Appellant Salta Group, Inc. appeals to the United States Court of Appeals for the Seventh Circuit from:

(1)    an order and opinion entered on January 8, 2008, affirming the Bankruptcy Court's order and opinion of May 17, 2006, denying Appellant's objection to confirmation of Appellee's Amended Chapter 13 Plan.

Respectfully submitted,

/s Daniel H. Olswang
Daniel H. Olswang

Martin F. Hauselman
Daniel H. Olswang
Elizabeth Monkus
Hauselman, Rappin & Olswang, Ltd. #4452
39 S. LaSalle Street, suite 1105
Chicago, IL 60603
(312) 372-2020
dolswang@hrolaw.com

## CERTIFICATE OF SERVICE

I, Daniel Olswang, an attorney, hereby certify that on February 4, 2008, I caused a true and correct copy of the foregoing to be served upon the following individuals via U.S. Mail and the electronic case filing system for the Central Distict:

Wilmer Edgar Weer
Smith & Weer, P.C.
410 Elizabeth Street
Perkin, IL 61554
we-weer@yahoo.com

Michael D. Clark, Chapter 13 Trustee
401 Main #1130
Peoria, IL 61202
mclark12@mtco.com

U.S Trustee Office of Nancy J. Gargula, U.S. Trustee
401 Main #1100
Peoria, IL 61202
ustpregion10.pe.ecf@usdoj.gov

Clerk of the United States District Court for the Central District
309 Courthouse
100 N.E. Monroe Street
Peoria, IL 61602
pacer@psc.uscourts.gov

  /s Daniel H. Olswang
Daniel H. Olswang
Hauselman, Rappin & Olswang, Ltd. #4452
39 S. LaSalle Street, suite 1105
Chicago, IL 60603
(312) 372-2020
dolawang@hrolaw.com